# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD ROSS

NO. 2021 KW 1143

**DECEMBER 20, 2021**

---

In Re:    Donald Ross, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 88-67.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT